# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**277**
**CAF 15-00955**
PRESENT: PERADOTTO, J.P., LINDLEY, DEJOSEPH, NEMOYER, AND TROUTMAN,

---

IN THE MATTER OF MICHAEL P. EASLEY, JR.,
PETITIONER-APPELLANT,

V                                                                ORDER

KIARA L. RAMOS, RESPONDENT-RESPONDENT.

---

ELIZABETH CIAMBRONE, BUFFALO, FOR PETITIONER-APPELLANT.

AUDREY ROSE HERMAN, ATTORNEY FOR THE CHILD, KENMORE.

---------------------------------------------------------------------------------------------------------

Appeal from an order of the Family Court, Erie County (Mary G. Carney, J.), entered May 11, 2015 in a proceeding pursuant to Family Court Act article 6. The order granted the petition for visitation only to the extent of permitting correspondence.

It is hereby ORDERED that the order so appealed from is unanimously affirmed without costs for reasons stated in the decision at Family Court.

Entered:  March 24, 2017                          Frances E. Cafarell
                                                 Clerk of the Court